An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM H. MITCHELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66363

**FILED**

SEP 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from the district court's denial of a motion to dismiss counsel and appoint replacement counsel. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from the aforementioned decision. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

---

[1]On September 7, 2014, appellant submitted a document in proper person requesting that this appeal be withdrawn. In light of this order, the request is moot and no action will be taken on the document.

14-32505

cc: Hon. David B. Barker, District Judge
Carl E. G. Arnold
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
William H. Mitchell

SUPREME COURT
OF
NEVADA

(O) 1947A